No. 1015. UNITED STATES *v.* CHICAGO, BURLINGTON & QUINCY R. CO. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth

690

Circuit denied. *Solicitor General Reed* for the United States. *Messrs. J. C. James* and *Bruce Scott* for respondent.